IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

RICHARD SNYDER                                  :

      v.                                         :   CIVIL ACTION NO. L-00-79

KITCO, INC.                                     :

### O R D E R

On January 13, 2000 plaintiff was ordered to supplement his complaint within twenty days, or risk dismissal of the above-captioned lawsuit. (*See* Paper Nos. 3 and 4). Plaintiff has failed to respond.

Accordingly, **IT IS** this 10th day of Feb., 2000 by this Court hereby **ORDERED**:

1. That the above-captioned lawsuit **IS DISMISSED WITHOUT PREJUDICE**:

2. That the Clerk of Court **CLOSE** this case; and

3. That the Clerk of Court **MAIL** a copy of this Order, together with the foregoing Memorandum, to plaintiff.

                                                                _____
                                                                 Benson Everett Legg
                                                                 United States District Court

FEB 10 2000